MKB:ALC

**M-10-069**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

WAYNE NATHANIEL BLAKE,

              Defendant.

- - - - - - - - - - - - - - - - - -X
EASTERN DISTRICT OF NEW YORK, SS:

C O M P L A I N T

(21 U.S.C. §§ 952(a) and 960)

       DONALD FARRIER, being duly sworn, deposes and states that he is a Special Agent of the United States Department of Homeland Security, Immigration and Customs Enforcement, duly appointed according to law and acting as such.

       Upon information and belief, on or about January 21, 2010, within the Eastern District of New York and elsewhere, defendant WAYNE NATHANIEL BLAKE did knowingly, intentionally and unlawfully import into the United States from a place outside thereof a substance containing cocaine, a Schedule II controlled substance.

       (Title 21, United States Code, Sections 952(a) and 960).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1. On or about January 21, 2010, WAYNE NATHANIEL BLAKE arrived at John F. Kennedy International Airport ("J.F.K. Airport") in Queens, New York, aboard Carribean Airlines Flight 520 from Port of Spain, Trinidad.

2. Defendant WAYNE NATHANIEL BLAKE was selected for a Customs and Border Protection ("CBP") examination. The defendant presented for inspection a brown "Delsey" rollerbag suitcase bearing baggage tag #536986 and a small brown carry-on bag. The defendant answered in the affirmative when asked if the luggage and all of its contents belonged to him.

3. During the subsequent inspection of his luggage, the CBP inspector removed all of the contents of the rollerbag and noticed that the bag felt unusually thick and heavy. A probe of the rollerbag revealed a false wall behind which a white powdery substance was located. The substance field-tested positive for the presence of cocaine.

4. The total approximate gross weight of the cocaine found in defendant WAYNE NATHANIEL BLAKE's suitcase is 2,297.4 grams.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause, I have not described all the relevant facts and circumstances of which I am aware.

WHEREFORE, your deponent respectfully requests that defendant WAYNE NATHANIEL BLAKE be dealt with according to law.

DONALD FARRIER
Special Agent
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Sworn to before me this
21st day of January, 2010

S/ Mann

UNITED STATES JUDGE
EASTERN DISTRICT OF NEW YORK